Hillsborough, }
June 10, 1903. }

### BURKE v. ELLINWOOD.

TROVER, by a deputy sheriff against the receiptor of the goods attached in *Fairfield* v. *Day, ante, p.* 160. The facts are stated in the report of that case. Upon a trial at the May term, 1902, of the superior court before *Young*, J., judgment was ordered in favor of the defendant, subject to the plaintiff's exception.

*Matthews & Sawyer*, for the plaintiff.

*Isaac L. Heath* and *Brown, Jones & Warren*, for the defendant.

CHASE, J. The question thus raised was decided in *Fairfield* v. *Day*.

*Exception overruled.*

BINGHAM, J., did not sit: the others concurred.